IN RE JESSICA M.*

The petition by the commissioner of children and families for certification for appeal from the Appellate Court, 49 Conn. App. 229 (AC 16478) is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's judgment that the respondents' parental rights could not be terminated on the grounds of: (1) failure to rehabilitate; or (2) acts of parental commission or omission?"

---

* Appeal dismissed. See *In re Jessica M.,* 250 Conn. 747, 738 A.2d 1087 (1999).

The Supreme Court docket number is SC 16013.

*Susan T. Pearlman,* assistant attorney general, in support of the petition.

*David Brian Carr,* in opposition.

Decided September 29, 1998